

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
----------------------------------------X

JAMAL S. HANSON,

                Petitioner,

                                              Criminal No. 99-0208(TFH)

   -v-

UNITED STATES OF AMERICA,

                Respondent.
----------------------------------------X

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION UNDER 28 U.S.C. § 2255 TO VACATE SENTENCE

CASE NUMBER  1:05CV01305

JUDGE: Thomas F. Hogan

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 06/29/2005

RECEIVED

JUN 27 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT