3/25/06

Clerk of the Courts,

Could you please send me a copy of the official docket for Civil Case #: 05-1305. My current address is as follows:

TFH

FCI DIX

Jamal Hanson 22873-016
Federal Correctional Institute
P.O. Box 2000
Ft. Dix, N.J. 08640

Your services are very much appreciated!

Sincerely,
Jamal Hanson
22873-016

RECEIVED
MAR 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT