2-23-07
4:00 p.m.

Clerk of the Courts,                                    05-1305 TFH

I am writing this brief letter to notify the court of a change of address. Plaintiff's new address is as follows:

Jamal Hanson 22873-016
F.C.I. Allenwood
P.O. Box 2000
White Deer, P.A.
17887-2000

RECEIVED
MAR 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It would be greatly appreciated if all future court documents could be sent to the above listed address. I would also like to know the status of my proceedings and whether or not the USM Form 285 can still be sent to the US Marshall's Office to be served upon the United States Attorney's Office in Trenton, N.J. Please respond to this request in writing.

Sincerely,
Jamal Hanson
22873-016